UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUELA GALVAN, | No. 2:26-cv-00226-DAD-CSK |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| EMILY RAMOS et al., | |
| Defendants. | |

On May 11, 2026, plaintiff filed a notice of voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure stating that "Defendant United Sates Air Force is voluntarily dismissed without prejudice." (Doc. No. 13 at 1.)  Because plaintiff filed the notice before defendant United States Air Force filed an answer or motion for summary judgment, the court infers that plaintiff intends to dismiss all claims against this defendant pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Dismissal pursuant to this provision takes effect without a court order.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  However, a review of the answer filed on April 17, 2026 reveals that defendants and cross-claimants Zoila Esperanza Ramos, Emily Ramos,[1] and Jose De Jesus Ramos have brought cross-claims against defendant United

---

[1]  On May 11, 2026, defendant United States of America was substituted as a defendant in place of defendant and cross-claimant Emily Ramos after it was determined that defendant Ramos was acting within the scope of her employment during the period of time at issue.  (Doc. No. 11 at 1.)  However, the docket reflects that defendant Emily Ramos remains a party to this action.

1

States Air Force, without stating an independent basis for federal jurisdiction.  (*See* Doc. No. 9 at ¶¶ 1, 4, 6–7.)  "Federal courts are courts of limited jurisdiction . . .  It is to be presumed that a cause lies outside this limited jurisdiction, and the burden of establishing the contrary rests upon the party asserting jurisdiction."  *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994) (internal citations omitted).

Accordingly,

1. Pursuant to plaintiff's notice filed on May 11, 2026 (Doc. No. 13) and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff's claims against defendant United States Air Force are DISMISSED without prejudice;

2. Defendants and cross-claimants Zoila Esperanza Ramos, Emily Ramos, and Jose De Jesus Ramos are ORDERED to show cause in writing within seven (7) days of the service of this order why their cross-claims against defendant United States Air Force should not be dismissed for lack of jurisdiction; and

3. Alternatively, defendants and cross-claimants Zoila Esperanza Ramos, Emily Ramos, and Jose De Jesus Ramos may file a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) or a joint stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) dismissing all cross-claims brought against defendant United States Air Force within seven (7) days of the service of this order.

IT IS SO ORDERED.

Dated:   **May 13, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2