UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUELA GALVAN,<br><br>       Plaintiff,<br><br>    v.<br><br>EMILY RAMOS, et al.,<br><br>       Defendants. | No.  2:26-cv-00226-DAD-CSK<br><br><br>ORDER TERMINATING CERTAIN PARTIES |

On June 5, 2026, defendant United States filed a response to the court's previous order dismissing certain claims and defendants (Doc. No. 21) pursuant to the filing of notices of voluntary dismissal (Doc. Nos. 19, 20).  (Doc. No. 22.)  In that response, defendant United States clarifies that it has substituted in as defendant in place of defendant Emily Ramos in this action pursuant to 28 U.S.C. § 2679(d)(1).  (*Id.* at 1.)  Title 28 U.S.C. § 2679(d)(1) provides that:

> Upon certification by the Attorney General that the defendant employee was acting within the scope of his office or employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a United States district court shall be deemed an action against the United States under the provisions of this title and all references thereto, and the United States shall be substituted as the party defendant.

In other words, § 2679(d)(1) "requires the substitution of the United States as the defendant [upon certification.]"  *Green v. Hall*, 8 F.3d 695, 698 (9th Cir. 1993).  Therefore, pursuant to the court's prior order and the United States' substitution in this action, the court orders as follows:

1

1. Defendant United States of America is SUBSTITUTED for defendant Emily Ramos;

2. Defendant Emily Ramos is DISMISSED from this action;

3. The Clerk of the Court is directed to update the docket to reflect that defendant Emily Ramos has been terminated from this action;

4. The Clerk of the Court is directed to update the docket to reflect that cross-claimant Emily Ramos and cross-defendant United States of America have been terminated from this action in light of the dismissal of all cross-claims; and

5. This action now proceeds solely on plaintiff's claims brought against defendant United States of America.

IT IS SO ORDERED.

Dated:  **June 9, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2